# Exhibit B

 **Office of the Comptroller of the Currency**

Washington, DC 20219

November 7, 2017

Mr. Stephen Cummings
CEO for the Americas
Bank of Tokyo-Mistubishi UFJ, LTD
1251 Avenue of the Americas
New York, NY  10020

    Re: Applications by The Bank of Tokyo-Mitsubishi UFJ, Ltd., Tokyo, Japan (BTMU) to convert the following state licensed branches and/or agencies to federal branches and/or agencies:

- BTMU's state-licensed branch located at 1251 Avenue of the Americas, New York, NY into a federal branch (OCC Control No. 2017-NE-FBA-Conversion StatetoFed-300364)

- BTMU's state-licensed branch located at 1221 Avenue of the Americas, New York, NY into a federal branch (OCC Control No. 2017-NE-FBA-Conversion StatetoFed-300373)

- BTMU's state-licensed branch located at 227 West Monroe Street, Chicago, IL into a federal branch (OCC Control No. 2017-NE-FBA-Conversion StatetoFed-300374)

- BTMU's state-licensed branch located at 445 South Figueroa Street, Los Angeles, CA into a federal branch (OCC Control No. 2017-NE-FBA-Conversion StatetoFed-300380)

- BTMU's state-licensed agency office located at 500 North Akard Street, Dallas, TX into a federal agency (OCC Control No. 2017-NE-FBA-Conversion StatetoFed-300381)

- BTMU's state-licensed agency office located at 1100 Louisiana Street, Houston, TX into a federal agency (OCC Control No. 2017-NE-FBA-Conversion StatetoFed-300382)

Dear Mr. Cummings:

You have performed all the necessary steps to convert to federal branches and/or agencies. This constitutes the final approval of the Office of the Comptroller of the Currency (OCC) for BTMU to convert the branches and/or agencies listed above to federal branches and/or agencies, effective November 7, 2017. Your License certificates will come under separate cover. Please retain the certificates as part of your official records as they must be surrendered to the OCC in the event of liquidation or conversion.

If we can be of assistance in the future, please let us know.

Sincerely,

*Stephen A. Lybarger*
Stephen A. Lybarger
Deputy Comptroller for Licensing