*Docket + file as unsigned*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/14/17
```

THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD.,

                Plaintiff,

                v.

MARIA VULLO, in her official capacity as
Superintendent Financial Services of the New
York State Department of Financial Services,

                Defendant.

1:17-cv-08691

**ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY RESTRAINING
ORDER**

Upon the Declaration of Richard C. Pepperman II, the Declaration of Michael F. Coyne,

Plaintiff's Memorandum in Support of Its Motion for a Temporary Restraining Order and

Preliminary Injunction, and the Complaint, all dated November 8, 2017, it is hereby:

ORDERED that the above-named Defendant show cause before this Court, in

Courtroom _____, United States Courthouse, 500 Pearl Street, New York, New York on

November ____, 2017, at _____ o'clock thereof, why an order should not be issued under

Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendant during the pendency of

this action from enforcing its order issued on November 8, 2017[1] and from exercising any

authority over Plaintiff's banking operations, purportedly under the New York Banking Law,

---

[1] Order Pursuant to the New York Banking Law and Financial Services Law, *In the Matter of The Bank of Tokyo-Mitsubishi UFJ, Ltd., et al.* (Nov. 8, 2017).

because such order and authority are preempted under Article VI of the United States

Constitution, the International Banking Act, the National Bank Act, and implementing OCC

regulations, and because the Defendant's order violates the International Banking Act, the

National Bank Act, and implementing OCC regulations; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of

Plaintiffs' motion for a preliminary injunction under Rule 65, the Defendant is temporarily

restrained and enjoined from enforcing its order issued on November 8, 2017 and from

exercising any authority over Plaintiff's banking operations, purportedly under the New York

Banking Law; and it is further

ORDERED that personal service of a copy of this order, together with the papers upon

which it is based, upon the Defendant or her counsel on or before _____ o'clock in the

_____, November ___, 2017, shall be deemed good and sufficient service thereof; and it is

further

ORDERED that opposition papers, if any, be filed and served by overnight courier and

electronic mail on Plaintiff's counsel, Richard C. Pepperman II, Sullivan & Cromwell LLP, 125

Broad Street New York, New York 10004, peppermanr@sullcrom.com, on or before November

___, 2017; and it is further

ORDERED that reply papers, if any, be filed and served by overnight courier and

electronic mail on Defendant or her counsel on or before November ___, 2017.


SO ORDERED:

_____

U.S.D.J.

Dated: _____

/ ORDERED that security in the amount

of $ _____ will be posed by _____.