UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of Tokyo–Mitsubishi UFJ, Ltd., <br><br> Plaintiff, <br><br> - against - <br><br> Maria Vullo, in her official capacity as Superintendent Financial Services of the New York State Department of Financial Services, <br><br> Defendant. | 1:17-cv-08691 (SHS) |

**PLEASE TAKE NOTICE** that Jonathan D. Conley, Assistant Attorney General in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, appears in this action on behalf of Defendant Mario Vullo, Superintendent Financial Services of the New York State Department of Financial Services. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 5, 2017

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
By:

/s/ Jonathan Conley
Jonathan D. Conley
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8108
(212) 416-6009 (fax)
Jonathan.Conley@ag.ny.gov
*Counsel for Superintendent Vullo*