UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 / 6 / 17

THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD.,

        Plaintiff,

    v.

MARIA VULLO, in her official capacity as
Superintendent of Financial Services of the New
York State Department of Financial Services,

        Defendant.

1:17-cv-08691

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on November 8, 2017, Plaintiff The Bank of Tokyo-Mitsubishi UFJ, Ltd.

("Plaintiff") filed the above-captioned action (the "Action");

WHEREAS, on November 20, 2017, Plaintiff personally served the Office of the New

York State Attorney General with a copy of the Complaint at 120 Broadway, 24th Floor, New

York, New York 10271; and

WHEREAS, Plaintiff intends to amend the extant Complaint in the Action as a matter of

course under Federal Rule of Civil Procedure 15(a)(1)(A);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

the parties hereto, through their respective counsel, and subject to the Order of the Court, as

follows:

    1.    Defendant Maria Vullo, in her official capacity as Superintendent of Financial

Services of the New York State Department of Financial Services ("Defendant"), waives the

need for formal service of process and will not contest the sufficiency of service of process in the

Action.

2.       Plaintiff shall file its amended complaint under Rule 15(a)(1)(A) on or before

December 6, 2017.

3.       Defendant shall answer, move, or otherwise plead in response to the amended

complaint by January 31, 2018.

Dated:  December 5, 2017

**STIPULATED AND AGREED TO THIS 5th DAY OF DECEMBER, 2017.**


Richard C. Pepperman II
Beth D. Newton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000
peppermanr@sullcrom.com
newtonb@sullcrom.com

Robert A. Long, Jr. (*pro hac vice*)
Henry B. Liu (*pro hac vice*)
Jonathan Y. Mincer (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
(202) 662-6000
rlong@cov.com
hliu@cov.com
jmincer@cov.com

*Attorneys for Plaintiff*


ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
By: Jonathan Conley
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8108
jonathan.conley@ag.ny.gov

*Attorneys for Defendant*


SO  ORDERED 12/5/17


SIDNEY  H.  STEIN
U.S.D.J.

-2-