UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MARIA VULLO, in her official capacity as Superintendent Financial Services of the New York State Department of Financial Services, <br><br> Defendant. | 1:17-cv-08691 <br><br> **DECLARATION OF RICHARD C. PEPPERMAN II** |

RICHARD C. PEPPERMAN II declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before the courts of the State of New York and before this Court and am a member of the law firm of Sullivan & Cromwell LLP, counsel for Plaintiff The Bank of Tokyo-Mitsubishi UFJ, Ltd. in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction so as to place before the Court a true and correct copy of the Complaint, annexed hereto as Exhibit A, by which this action has been commenced today on the date hereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of November, 2017 in New York, New York.

_____
Richard C. Pepperman II