USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BANK OF TOKYO-MITSUBISHI UFJ,  :   17-Cv-8691 (SHS)
LTD.,
                                   :
              Plaintiff,           :   ORDER
                                   :
       -against-                   :
                                   :
MARIA T. VULLO in her capacity as
Superintendent of Financial Services of the New  :
York State Department of Financial Services,
                                   :
              Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Plaintiff withdraws its motion for a preliminary injunction; and

      2.    There will be a pretrial conference on February 20, 2018, at 9:30 a.m.

Dated:    New York, New York
            December 7, 2017

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.