**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 6, 2018

*Via ECF*

Hon. Sidney H. Stein,
 U.S. District Court for the Southern District of New York,
  United States Courthouse,
   500 Pearl Street,
    New York, New York 10007.

Re: *The Bank of Tokyo-Mitsubishi UFJ, Ltd. v. Maria Vullo,*
 *No. 1:17-cv-08691*

Dear Judge Stein:

Pursuant to the Court's Individual Practice 1.E, I write on behalf of the Plaintiff in the above-referenced action to request an extension until March 19, 2018 of Plaintiff's time to answer, move or otherwise plead in response to Defendant's counterclaims.

On January 31, 2018, Defendant served Defendant Superintendent Maria Vullo's Answer, Defenses and Counterclaims (ECF No. 24) in this action.[*] Under Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff's response to Defendant's counterclaims is due on February 21, 2018—21 days from the date of service. Plaintiff respectfully requests that it be given 45 days in which to answer, move or otherwise plead in response to Defendant's counterclaims, which would make Plaintiff's response due on March 19, 2018. This is Plaintiff's first request for an extension of this deadline. The requested extension will not affect any other scheduled dates in this action. Counsel for Defendant has stated that Defendant consents to this extension of time.

Respectfully submitted,

*[signature]*

Richard C. Pepperman II

---

[*] On February 1, 2018, Defendant filed a corrected version of Defendant Superintendent Maria Vullo's Answer, Defenses and Counterclaims (ECF No. 25).

Hon. Sidney H. Stein

cc: Jonathan D. Conley
(Office of the Attorney General
of the State of New York)