## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/18

March 13, 2018

*Via ECF*

Hon. Sidney H. Stein,
   U.S. District Court for the Southern District of New York,
     United States Courthouse,
      500 Pearl Street,
       New York, New York 10007.

**MEMO ENDORSED**

    Re:   *The Bank of Tokyo-Mitsubishi UFJ, Ltd.* v. *Maria Vullo,*
          *No. 1:17-cv-08691*

Dear Judge Stein:

    Under the Court's Individual Practice 1.E, I write on behalf of the Plaintiff to request a five-page extension of the page limit applicable to Plaintiff's opening memorandum in support of its motion to dismiss Defendant's counterclaims. Defendant consents to this request so long as it receives the same extension of the page limit for its opposition memorandum.

    Plaintiff intends to move to dismiss Defendant's seven counterclaims (ECF Nos. 24–25) on the ground that they are preempted by federal law and also fail as a matter of New York law. Plaintiff's motion is due on March 19, 2018 (ECF No. 27). To address adequately both the preemption question and the multiple dispositive issues under New York law, Plaintiff requires a modest five-page extension of the Court's 25-page limit for opening memoranda under Individual Practice 2.C. Plaintiff thus respectfully requests permission to file an opening memorandum of no more than 30 pages in support of its motion to dismiss. Plaintiff does not oppose the same extension of the page limit for Defendant's opposition memorandum.

Respectfully submitted,

*/s/ Richard C. Pepperman II*

Richard C. Pepperman II

SO ORDERED 3/14/18

*/s/ Sidney H. Stein*

SIDNEY H. STEIN
U.S.D.J.

cc:    Jonathan D. Conley
       (Office of the Attorney General of the State of New York)