UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD.,

                  Plaintiff,

           v.

MARIA VULLO, in her official capacity as
Superintendent of Financial Services of the New
York State Department of Financial Services,

                  Defendant.

1:17-cv-08691-SHS

## <u>NOTICE OF PLAINTIFF'S MOTION</u><br><u>TO DISMISS DEFENDANT'S COUNTERCLAIMS</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of Plaintiff's Motion to Dismiss Defendant's Counterclaims, Plaintiff The Bank of Tokyo-Mitsubishi UFJ, Ltd., by and through its undersigned counsel, will move this Court, before the Honorable Sidney H. Stein, United States District Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Counterclaims of Defendant Maria Vullo, in her official capacity as Superintendent of Financial Services of the New York State Department of Financial Services, with prejudice for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        March 19, 2018

Respectfully submitted,


By: /s/ Richard C. Pepperman II
Richard C. Pepperman II
Beth D. Newton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
(212) 558-4000
peppermanr@sullcrom.com
newtonb@sullcrom.com

Robert A. Long, Jr. (*pro hac vice*)
Henry B. Liu (*pro hac vice*)
Jonathan Y. Mincer (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
rlong@cov.com
hliu@cov.com
jmincer@cov.com

*Attorneys for Plaintiff and Counterclaim-
Defendant*