# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., Plaintiff, v. MARIA VULLO, in her official capacity as Superintendent of Financial Services of the New York State Department of Financial Services, Defendant. | 1:17-cv-08691-SHS **ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF** |

Upon consideration of the Motion for Leave to File Amicus Curiae Brief, **IT IS HEREBY ORDERED**, the Court grants the Office of the Comptroller of the Currency's Motion for Leave to File Brief as Amicus Curiae and its request to participate in oral arguments.

Dated: ______________

______________________
The Hon. Sidney H. Stein
United States District Judge