```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE BANK OF TOKYO-MITSUBISHI  :  17-Cv-8691 (SHS)
UFJ, LTD.,
                              :
              Plaintiff,
                              :
   -against-                     ORDER
                              :
MARIA VULLO, in her official capacity as
Superintendent Financial Services of the New York :
State Department of Financial Services,
                              :
              Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The Office of the Comptroller of the Currency's motion for leave to file an *amicus curiae* brief [ECF Doc. # 35] and to participate in oral arguments is granted;

2. Defendant's response to plaintiff's motion to dismiss defendant's counterclaims [ECF Doc. # 31] is due on or before May 18, 2018; and

3. Plaintiff's reply to its motion is due on or before June 9, 2018.

Dated:   New York, New York
         March 26, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.