UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MARIA VULLO, in her official capacity as Superintendent of Financial Services of the New York State Department of Financial Services, <br><br> Defendant. | 1:17-cv-08691-SHS |

### Motion to Withdraw Appearance of Attorney Douglas B. Jordan

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, non-party *amicus curiae* Office of the Comptroller of the Currency ("OCC"), through the undersigned, hereby respectfully informs the Court that Douglas B. Jordan has retired from federal service, effective January 31, 2019.  Accordingly, the OCC respectfully requests that the Court grant Mr. Jordan leave to withdraw his appearance as one of the attorneys of record in this matter.

Dated: February 4, 2019                              Respectfully submitted,

                                                                          /s/
                                                         GABRIEL A. HINDIN
                                                         Office of the Comptroller of the Currency
                                                         400 7th Street SW
                                                         Washington, DC 20219
                                                         Tel: (202) 649-7228
                                                         Fax: (202) 649-5709
                                                         gabriel.hindin@occ.treas.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2019, a true and correct copy of the foregoing *Motion to Withdraw Appearance of Attorney Douglas B. Jordan* was served on all counsel of record through the Court's CM/ECF.

                                        Respectfully submitted,

                                        /s/
                                      GABRIEL A. HINDIN
                                      Office of the Comptroller of the Currency
                                      400 7th Street SW
                                      Washington, DC 20219
                                      Tel: (202) 649-7228
                                      Fax: (202) 649-5709
                                      gabriel.hindin@occ.treas.gov