

Office of the Comptroller of the Currency

Washington, DC 20219

February 22, 2019

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Subject: Notice Regarding OCC Consent Order in *The Bank of Tokyo-Mitsubishi UFJ, Ltd. v. Vullo*, No. 1:17-cv-08691

Dear Judge Stein:

Pursuant to Local Civil Rules 5.2(b), the Office of the Comptroller of the Currency ("OCC") respectfully writes to provide notice to the Court that on February 21, 2019 the OCC issued a cease and desist order against the New York (Primary), Chicago, and Los Angeles federal branches of MUFG Bank, Ltd., Tokyo, Japan ("MUFG" or "Bank"), for violating the Bank Secrecy Act and its underlying regulations.

By way of background, on March 26, 2018, the OCC filed an *amicus curiae* brief in this matter. *See* ECF No. 35.  In that brief, the OCC explained that MUFG would be subject to OCC supervision, including OCC enforcement actions.  *See amicus curiae* brief at 5-6.

On February 22, 2019, the OCC announced the cease and desist order and associated press release, attached hereto as Exhibits A and B.  As explained in the press release, the order requires the branches to take comprehensive corrective actions to improve their Bank Secrecy Act/ Anti-Money Laundering ("BSA/AML") compliance program.  The branches continue to operate under an OCC consent order, issued in November 2017, requiring corrective actions to improve the Bank's Office of Foreign Assets Control compliance program.

The branches have begun corrective actions and are committed to remedying the deficiencies identified by the OCC and enhancing the branches' BSA/AML compliance program.

Sincerely,

_____/s/_____
GABRIEL A. HINDIN
Office of the Comptroller of the Currency
400 7th Street SW
Washington, DC 20219
Tel: (202) 649-7228
Fax: (202) 649-5709
Gabriel.hindin@occ.treas.gov
*Counsel for Office of the Comptroller of Currency*

CC: All counsel of record via ECF