# EXHIBIT B



| | |
|---|---|
| FOR IMMEDIATE RELEASE | |
| NR 2019-20 | Contact: Bryan Hubbard |
| February 22, 2019 | (202) 649-6870 |

## OCC Issues Cease and Desist Order Against MUFG Bank, Ltd., for Violating the Bank Secrecy Act

WASHINGTON – The Office of the Comptroller of the Currency (OCC) today announced a cease and desist order against the New York (Primary), Chicago, and Los Angeles federal branches of MUFG Bank, Ltd., Tokyo, Japan, for violating the Bank Secrecy Act (BSA) and its underlying regulations.

After a thorough full-scope examination of the branches' BSA/Anti-Money Laundering (AML) and Office of Foreign Assets Control (OFAC) compliance programs, the OCC found the branches' BSA compliance program had deficiencies, dating back to June 2016. The examination identified deficiencies in the branches' internal controls, suspicious activity monitoring, foreign correspondent due diligence program, trade finance monitoring, independent audit, and BSA officer staffing functions. These findings cited violation of the statutory and regulatory requirements to maintain an adequate BSA compliance program, file suspicious activity reports, and conduct appropriate due diligence on foreign correspondent accounts.

Today's order requires the branches to take comprehensive corrective actions to improve their BSA/AML compliance program. The branches continue to operate under an OCC consent order, issued in November 2017, requiring corrective actions to improve OFAC compliance program.

The branches have begun corrective actions and are committed to remedying the deficiencies identified by the OCC and enhancing the branches' BSA/AML compliance program.

**Related Link**
- Cease and Desist Consent Order (PDF)
- November 2017 Consent Order

# # #

The Office of the Comptroller of the Currency ("OCC") charters and oversees a nationwide system of national banks and federal savings associations and assures that these banking institutions are safe and sound, competitive, and capable of serving the banking needs of their customers in the best possible manner.  OCC press releases and other information are available at http://www.occ.gov.  To receive OCC press releases and issuances by e-mail, subscribe at http://www.occ.gov/subscribe/occ-email-list-service.html.